**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VICTOR TAGLE,

          Plaintiff,

vs.

STATE OF NEVADA, NDOC, NDOC'S EMPLOYEES, *et al.*,

          Defendants.

2:15-cv-01402-JAD-VCF

**ORDER**

      Before the Court is Defendants' motion to stay proceedings (ECF No. 43) pending decision in *Victor Tagle v. State of Nevada*, *et al.*, case number cv-1604038 in the Seventh District Court. Defendants state that the case filed by Tagle in the Seventh Judicial District Court is identical to the matter now before this Court in that the same Defendants and claims are raised for the same alleged incident(s). *Id.*

      Plaintiff refused a copy of the instant motion. (ECF No. 47). No opposition has been filed.

      Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem that Plaintiff has consented the granting of this motion.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Defendants' motion to stay proceedings (ECF No. 43) is GRANTED.

      IT IS FURTHER ORDERED that a status report must be filed on or before February 28, 2017.

      DATED this 28th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE