**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VICTOR TAGLE,

        Plaintiff,

vs.

STATE OF NEVADA, NDOC, NDOC'S EMPLOYEES, *et al.*,

        Defendants.

2:15-cv-01402-JAD-VCF

**ORDER**

      Before the Court is Plaintiff's Motion to File (ECF No. 48). Defendants filed a response. (ECF No. 50).

      In Plaintiff's motion to file (ECF No. 48), he states various defendants' inappropriate behavior and asks the Court leave to file his motion. Tagle does not ask for any other relief. Tagle's motion was filed on September 16, 2016 as docket number 48.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff's Motion to File (ECF No. 48) is DENIED as MOOT.

      DATED this 29th day of September, 2016.

                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE