UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Victor Tagle,<br><br>        Plaintiff<br><br>v.<br><br>State of Nevada, NDOC, NDOC's Employees, et al.,<br><br>        Defendants | 2:15-cv-01402-JAD-VCF<br><br>**Order Denying Pending Motions in Light of Stay**<br><br>[ECF No. 38, 59, 51, 54, 55] |

On September 29, 2016, Magistrate Judge Ferenbach granted the defendants' motion to stay this case pending a decision in Tagle's identical state-court action.[1] In light of this stay and in the interest of judicial economy, Tagle's:

- Motion to Reconsider **[ECF No. 38]** the denial of his motion for a restraining order[2];

- Motion to Include Affidavit **[ECF No. 49]**;

- Motion to Submit Affidavit **[ECF No. 51]**;

- Motion to request to file acknowledge punishment of the fraud perpetrators **[ECF No. 54]**; and

- Motion for Default **[ECF No. 55]**

**are DENIED without prejudice** to their refiling **after the stay in this case is lifted.** Tagle is reminded that the proceedings in this case are STAYED, and it is unlikely that the court will act on any further requests in this case while the stay is in effect. Further motions will likely be summarily denied without prejudice.

DATED: October 5, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 52.

[2] ECF No. 33.