# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

VICTOR TAGLE,

        Plaintiff,

vs.

STATE OF NEVADA,

        Defendant.

Case No. 2:15–cv–1402–JAD–VCF

**ORDER**

Before the court are Tagle's application to proceed *in forma pauperis* (ECF No. 63); Tagle's motion to review decision (ECF No. 65); Tagle's motion to remove attorney (ECF No. 67); and Tagle's referral for forfeiture of credits (ECF No. 69).

This court stayed this action on September 19, 2016. (ECF No. 52) A status report is due on February 28, 2017. (*Id.*) While the stay is in effect, neither party is permitted to file motions in this action. Pursuant to the stay, Tagle's motions are denied.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Tagle's motions (ECF No. 63); (ECF No. 65); (ECF No. 67) and (ECF No. 69) are DENIED.

IT IS SO ORDERED.

DATED this 17th day of November, 2016.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE