|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA | |
| Victor Tagle,<br><br>        Plaintiff<br><br>v.<br><br>State of Nevada, et al,,<br><br>        Defendants | **2:15-cv-1402-JAD-VCF**<br><br>**Order Denying all Pending Motions<br>Without Prejudice**<br><br>[ECF Nos. 61, 77] |

On September 29, 2016, the court stayed this case pending a decision in Tagle's identical state-court action. ECF No. 52. A status report is due on February 28, 2017. While the stay is in effect, neither party is permitted to file motions in this action. Nevertheless, and despite repeated reminders of this limitation, Tagle continues to file motions.

Accordingly, IT IS HEREBY ORDERED that Tagle's "Motion to Correct Wrongful Court's Decision Due to the Dishonest Behavior of the Counsel of Record" **[ECF No. 61] and** any request contained in Plaintiff's mostly illegible "answer to letter dated 11/10/16," docketed as a motion at **ECF No. 77, are DENIED without prejudice** to their refiling once the stay is lifted.

Dated January 12, 2017.

_____
Jennifer A. Dorsey
United States District Judge