UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Victor Tagle, | 2:15-cv-01402-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Motions** |
| State of Nevada, et al., | [ECF Nos. 82, 83, 90] |
| Defendants | |

On September 29, 2016, Magistrate Judge Ferenbach granted defendants' motion to stay this case pending the conclusion of identical action that Tagle filed in Nevada's Seventh Judicial District Court.[1] Tagle has filed a "motion to stop court's orders from allowing defendants and inmates to be handling plaintiffs' legal mail and documents,"[2] a "motion to resubmit motions," and a "motion to dismiss defendants' motions."[3] I deny all pending motions without prejudice to their re-filing once the stay in this case is lifted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that **Tagle's motions [ECF Nos. 82, 83, 90] are DENIED** without prejudice to their re-filing once the stay in this case is lifted.

The parties are reminded that this court intends to take no further action in this case until Tagle's state-court case is completed, and this court will continue to deny without prejudice motions filed in violation of the stay.

Dated this 10th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 52.

[2] ECF No. 82.

[3] ECF No. 90.