UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

VICTOR TAGLE,

        Plaintiff,

vs.

STATE OF NEVADA, NDOC, NDOC'S EMPLOYEES, *et al.*,

        Defendants.

2:15-cv-01402-JAD-VCF

**ORDER**

This case has been stayed pending a decision in *Victor Tagle v. State of Nevada*, *et al.*, case number cv-1604038 in the Seventh District Court.

Accordingly,

IT IS HEREBY ORDERED that an updated status report must be filed on or before September 1, 2017.

DATED this 13th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE