# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VICTOR TAGLE,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, NDOC, NDOC'S EMPLOYEES, *et al.*,<br><br>        Defendants. | 2:15-cv-01402-JAD-VCF<br>**ORDER** |

The Court has reviewed the Report of the Office of the Attorney General re: Case Status (ECF No. 140).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, January 4, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that the instant case is stayed until January 3, 2018.

DATED this 5th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE