UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Victor Tagle,<br><br>    Plaintiff<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants | 2:15-cv-01402-JAD-VCF<br><br>Order Denying all Pending Motions Without Prejudice<br><br>[ECF Nos. 121, 136] |

On September 29, 2016, the court stayed this case pending a decision in Tagle's identical state-court action.[1] A status hearing is scheduled for January 4, 2018.[2] In light of this stay and in the interest of judicial economy, IT IS HEREBY ORDERED that Tagle's "Objection [to Magistrate Judge Ferenbach's May 18, 2017 order] and request of change of Magistrate . . ." [ECF No. 121] and defendant's motion to strike [ECF No. 136] are DENIED without prejudice to their refiling once the stay in this case is lifted.

Both parties are again reminded that the proceedings in this case are STAYED. While the stay is in effect, neither party is permitted to file motions in this action. It is unlikely that the court will act on any further requests while the stay is in effect. Further motions will likely be summarily denied without prejudice.

DATED: October 20, 2017.

                                                                   _____
                                                                   Jennifer A. Dorsey
                                                                   United States District Judge

---

[1] ECF No. 52.

[2] ECF No. 141.