# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VICTOR TAGLE,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, NDOC, NDOC'S EMPLOYEES, *et al.*,<br><br>           Defendants. | 2:15-cv-01402-JAD-VCF<br><br>**ORDER** |

        Before the Court is *Victor Tagle v. State of Nevada, NDOC, NDOC's Employees, et al.*, case no. 2:15-cv-01402-JAD-VCF.

        It appears that Plaintiff may have changed his address. (ECF No. 155).

        Under LR IA 3-1, an attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

        Accordingly,

        IT IS HEREBY ORDERED Plaintiff Victor Tagle must file a notice of change of contact information on or before June 4, 2018.

        The Clerk of Court is directed to mail a copy of this Order to Victor Tagle at the following addresses:

Victor Tagle
Inmate No. 1080239
High Desert State Prison
PO Box 650
Indian Springs, NV 89070-0650

Victor Tagle
Inmate No. 1080239
1250 E. Arica Rd.
Eloy, AZ 85131

DATED this 4th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE